**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSEPH EUGENE MANDER, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:25-cv-071 |
| | ) | Judge Stephanie L. Haines |
| S.C.I. FOREST "JOHN DOE" STAFF and | ) | Magistrate Judge Maureen P. Kelly |
| C.O. MOHNEY, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

On March 18, 2025, pro se plaintiff Joseph Eugene Mander, III ("Plaintiff") instituted this case by filing a Civil Action pursuant to 42 U.S.C. § 1983 without a filing fee or motion to proceed in forma pauperis. The case was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D. Judge Kelly docketed a Deficiency Order and administratively closed the case on March 31, 2025 (ECF No. 3). Plaintiff failed to respond to the Deficiency Order. Judge Kelly issued an Order to Show Cause (ECF No. 8). Plaintiff failed to respond to the Show Cause Order by the deadline of August 8, 2025.

On June 17, 2026, Magistrate Judge Kelly filed a Report and Recommendation (ECF No. 9) recommending the case be dismissed without prejudice for failure to prosecute. Plaintiff was advised that he could file written objections to the Report and Recommendation on or before July 6, 2026. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Plaintiff timely filed Objections (ECF No. 10) on June 30, 2026.

Upon review of the record and the Report and Recommendation (ECF No. 9) pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of

1

Magistrate Judge Kelly in this matter.  Magistrate Judge Kelly evaluated the case using the factors established in *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), and correctly found the balance of factors favor dismissal for failure to prosecute.

Plaintiff's Objections (ECF No. 10) do not address the facts or law supporting Judge Kelly's determination and do not present an argument to upend the ruling.

Accordingly, the following order is entered:

## **ORDER**

AND NOW, this 9th day of July, 2026, IT IS ORDERED that Magistrate Judge Kelly's Report and Recommendation (ECF No. 9) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that Plaintiff's Objections (ECF No. 10) are overruled.

The Clerk of Court is to mark this case closed.

Stephanie L. Haines
United States District Judge

Joseph Eugene Mander, III
NS4160
SCI FOREST
P.O. Box 307
286 Woodland Drive
Marienville, PA 16239
PRO SE

2